IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CHRISTOPHER YOUNG, # 186204,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>KARLA JONES, Warden, *et al.*,  )<br>)<br>Defendants.  ) | CASE NO. 1:14-CV-256-WKW<br>(WO) |

## **FINAL JUDGMENT**

For the reasons stated in the Memorandum Opinion and Order entered this date, it is ORDERED, ADJUDGED, and DECREED that Plaintiff's § 2254 petition is DENIED and this case is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE this 26th day of October, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE